SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>   Plaintiff,<br><br>V.<br><br>CARROWS RESTAURANTS, INC; CARROWS CALIFORNIA FAMILY RESTAURANTS, INC; CATALINA RESTAURANT GROUP, INC; DEL NORTE CENTER OF EL CERRITO, LLC; and DOES 1-25, Inclusive,<br><br>   Defendants.<br>_____ / | CASE NO. C 11-03684 YGR<br><u>Civil Rights</u><br><br>NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CARROWS RESTAURANTS, INC, CARROWS CALIFORNIA FAMILY RESTAURANTS, INC, CATALINA RESTAURANT GROUP, INC, AND DEL NORTE CENTER OF EL CERRITO, LLC<br><br>F.R.C.P. 41(a)(1) |

Pursuant to F.R.C.P. 41(a), plaintiff dismisses with prejudice his complaint against all defendants, namely CARROWS RESTAURANTS, INC, CARROWS CALIFORNIA FAMILY RESTAURANTS, INC, CATALINA RESTAURANT GROUP, INC, AND DEL NORTE CENTER OF EL CERRITO, LLC .

Dated: January 18, 2012         SIDNEY J. COHEN
                                PROFESSIONAL CORPORATION

                                /s/ Sidney J. Cohen
                                _____
                                Sidney J. Cohen
                                Attorney for Plaintiff

Dismissal of All Defendants